IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAY HALL

VS            NO. 4:06CV00170 GH

HOME DEPOT USA INC.

## **ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

DATED: FEBRUARY 28, 2007

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK

BY: /s/ Patricia L. Murray
    COURTROOM DEPUTY CLERK